UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Mary Beth Diamond
       Bankruptcy No. 19-15043-amc
       Adversary No.
       Chapter  13

                            Date:   November 8, 2019

To:      Rebecca Ann Solarz
           701 Market Street
           Suite 5000
           Philadelphia PA 19106

## NOTICE OF INACCURATE FILING

Re:  Notice of Appearance and Request for Notice

The above pleading was filed in this office on **November 6, 2019.**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

    **(XX)**   Debtor's name/case number do not match case number listed
    ()   Debtor's name and case number are missing
    ()   Wrong PDF document attached
    ()   PDF document  not legible
    ()   Notice of Motion/Objection
    ()   Electronic Signature missing
    ()   Other

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **lisa_henry@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

                                            Timothy B. McGrath
                                            Clerk

                                            By:  **Lisa Henry**
                                            Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04