**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: MaryBeth Diamond | CHAPTER 13 |
| | BKY. NO. 19-15043 AMC |
| Debtor | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Global Lending Services LLC and index same on the master mailing list.

     Respectfully submitted,
     **/s/ Rebecca A. Solarz, Esq**
     Rebecca A Solarz, Esquire
     KML Law Group, P.C.
     701 Market Street, Suite 5000
     Philadelphia, PA 19106-1532
     (215) 627-1322