**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  MaryBeth Diamond <br> <u>Debtor(s)</u> | | CHAPTER 13 |
| Global Lending Services LLC <br> <u>Movant</u> <br> vs. | | NO. 19-15043 AMC |
| MaryBeth Diamond <br> <u>Debtor(s)</u> | | |
| William C. Miller Esq. <br> <u>Trustee</u> | | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Global Lending Services LLC, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2011 Kia Sorento, VIN: 5XYKT3A15BG113688  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this   17th   day of December 2019.

_____
Ashely M. Chan, U.S. Bankruptcy Judge

cc: See attached service list

MaryBeth Diamond
358 Galway Drive
West Chester, PA 19380

GARY E. THOMPSON, ESQUIRE
150 E. Swedesford Road
Suite 102
Wayne, PA 19087

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532