United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
MaryBeth Diamond  
    Debtor

Case No. 19-15043-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Jan 28, 2020  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2020.  
db          +MaryBeth Diamond,    358 Galway Drive,    West Chester, PA 19380-3636

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2020           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2020 at the address(es) listed below:  
     GARY E. THOMPSON    on behalf of Debtor MaryBeth  Diamond get24esq@aol.com  
     JEROME B. BLANK    on behalf of Creditor    The Bank Of New York Mellon Trust Company, National Association, et.al. paeb@fedphe.com  
     REBECCA ANN SOLARZ    on behalf of Creditor    Global Lending Services LLC bkgroup@kmllawgroup.com  
     THOMAS YOUNG.HAE SONG    on behalf of Creditor    The Bank Of New York Mellon Trust Company, National Association, et.al. paeb@fedphe.com  
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                              TOTAL: 6

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE: : | |
| MARY BETH DIAMOND : | BK. No. 19-15043-amc |
| **Debtors** : | |
| : | Chapter No. 13 |
| THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2006-RZ3 | 11 U.S.C. §362 AND §1301 |
| **Movant** | |
| v. | |
| MARY BETH DIAMOND GREGORY DIAMOND (NON-FILING CO-DEBTOR) | |
| **Respondents** | |

**ORDER MODIFYING §362 AUTOMATIC STAY AND §1301 CO-DEBTOR STAY**

**AND NOW**, this 28th day of January, 2020, at **PHILADELPHIA**, upon Motion of **THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2006-RZ3** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay and Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 is granted with respect to, 358 GALWAY DRIVE, WEST CHESTER, PA 19380 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that relief from any Co-Debtor Stay (if applicable) is hereby granted; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
ASHELY M. CHAN, BANKRUPTCY JUDGE

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

GARY E. THOMPSON
150 E. Swedesford Road
1st Floor
Wayne, PA 19087

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

MaryBeth Diamond
358 Galway Drive
West Chester, PA 19380

Gregory Diamond (Non-Filing Co-Debtor)
358 Galway Drive
West Chester, Pennsylvania 19380