```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                              Case No. 19-15043-amc
MaryBeth Diamond                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: PaulP               Page 1 of 2              Date Rcvd: Mar 13, 2020
                              Form ID: pdf900           Total Noticed: 19
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2020.
db             +MaryBeth Diamond,    358 Galway Drive,    West Chester, PA 19380-3636
14371636       +Bank Of NY Mellon Trust,    1661 Worhtington Road, Ste 100,    West Palm Beach, FL 33409-6493
14419217       +Global Lending Services LLC,    CO Rebecca A Solarz, Esq.,    KML Law Group, P.C.,
                 701 Market St, Ste 5000,    Philadelphia PA 19106-1541
14373584       +The Bank Of New York Mellon Trust Company,    National Association, et.al.,
                 c/o THOMAS YOUNG.HAE SONG,    Phelan Hallinan Diamond & Jones, LLP,
                 1617 JFK Blvd., Suite 1400,    Philadelphia, PA 19103-1814
14373350        The Bank Of New York Mellon Trust Company, Nationa,    C/o Thomas Song, Esq.,
                 1617 JFK Boulevard, Suite 1400,    One Penn Center Plaza,    Philadelphia, PA 19103
14407837       +The Bank of New York Mellon Trust Company, et.al.,    PHH MORTGAGE CORPORATION,
                 1 MORTGAGE WAY, MAIL STOP SV-22,    MT. LAUREL NJ 08054-4637

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Mar 14 2020 03:44:26     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 14 2020 03:43:45
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 14 2020 03:44:14     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 14 2020 03:43:32
                 AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2020 03:39:35     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14379351        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 14 2020 03:43:32
                 Americredit Financial Services, Inc.,    Dba GM Financial,    P.O Box 183853,
                 Arlington, TX 76096
14385746       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 14 2020 03:50:47
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14405177       +E-mail/Text: bankruptcy@cavps.com Mar 14 2020 03:44:11     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14371637        E-mail/Text: bankruptcy@glsllc.com Mar 14 2020 03:42:05     Global Lending Services,
                 POB 935538,    Atlanta, GA 31193
14388775        E-mail/Text: bankruptcy@glsllc.com Mar 14 2020 03:42:05     Global Lending Services LLC,
                 1200 Brookfield Blvd Ste 300,    Greenville, South Carolina 29603
14371638       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 14 2020 03:43:32     GM Financial,
                 POB 183123,    Arlington, TX 76096-3123
14379237        E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 14 2020 03:39:40     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14371686       +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2020 03:38:28     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14381410*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court: Americredit Financial Services, Inc.,    dba GM Financial,
                 PO Box 183853,    Arlington, TX 76096)
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2020                                     Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: PaulP              Page 2 of 2                 Date Rcvd: Mar 13, 2020
                              Form ID: pdf900          Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2020 at the address(es) listed below:
              GARY E. THOMPSON    on behalf of Debtor MaryBeth  Diamond get24esq@aol.com
              JEROME B. BLANK    on behalf of Creditor    The Bank Of New York Mellon Trust Company, National
               Association, et.al. paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Global Lending Services LLC bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    The Bank Of New York Mellon Trust Company,
               National Association, et.al. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                TOTAL: 6
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          Chapter 13
MARYBETH DIAMOND

                        Debtor                     Bankruptcy No. 19-15043-AMC

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

2/11/2020

Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
GARY E THOMPSON
150 E SWEDESFORD RD
1ST FLOOR
WAYNE, PA 19087-

Debtor:
MARYBETH DIAMOND

358 GALWAY DRIVE

WEST CHESTER, PA 19380